THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE LLOYD, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated October 13, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered January 6, 1958, on his plea of guilty, convicting him of attempted burglary in the third degree, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT HENRY PARKS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEWART HILL PARKS, Appellant.— Consolidated appeals by defendants from a judgment of the County Court, Nassau County, rendered May 26, 1961 after a jury trial, convicting each of them of robbery, first degree (two counts) ; grand larceny, first degree (two counts); and assault, second degree (two counts) ; and sentencing them to serve concurrent prison terms as follows: 10 to 20 years on each robbery count; 5 to 10 years on each larceny count; and 2½ to 5 years on each assault count. Judgment as to each defendant, affirmed. We do not pass upon the alleged claim now made that the prosecution perpetrated a fraud upon the court in not disclosing a promise or understanding respecting the treatment accorded or to be accorded to an accomplice witness here who was resentenced following the conviction of the defendants. We do not pass upon the claim because it is not supported by proof in the record; it is supported only by statements made in defendants' briefs — statements dehors the record. Beldock, P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.

PEARL REISS, Appellant, v. ADLER PROPERTIES, INC., Respondent.— In an action to recover damages for personal injuries, alleged to have been sustained by reason of defendant's negligence, plaintiff appeals from an order of the Supreme Court, Kings County, dated September 29, 1960, which granted defendant's motion to dismiss the complaint for lack of prosecution. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Rabin, JJ., concur.

ALLAN RUBIN, Appellant, v. ILA MANN, Respondent.— In an action by an attorney at law to recover a balance alleged to be due and unpaid to the plaintiff for legal services rendered by him to defendant, wherein defendant asserted two counterclaims, the plaintiff appeals from so much of a judgment of the Supreme Court, Kings County, entered June 25, 1959 upon the jury's verdict after trial, as dismissed his complaint and awarded costs against him. With respect to the defendant's two counterclaims, the jury's verdict was in favor of the plaintiff, but no cross appeal has been taken by defendant from the judgment, insofar as it dismissed said counterclaims. Judgment, insofar as appealed from, affirmed, with costs. No opinion. Beldock, P. J., Ughetta, Brennan, Rabin and Hopkins, JJ., concur.